Sydell STONE et al, Appellants,

v.

James B. GRAHAM, Superintendent of Public Instruction, Appellee.

Supreme Court of Kentucky.

Feb. 17, 1981.

William C. Stone, Kentucky Civil Liberties Union, Louisville, for appellants.

Edward L. Fossett, Dept. of Education, Frankfort, for appellee.

Stuart A. Handmaker, Louisville, Attorney for Synagogue Council of America and the National Jewish Community Relations Advisory Council; Leo Pfeffer and Phillip R. Baum, New York City, of counsel.

Theodore H. Amshoff, Louisville, for Kentucky Heritage Foundation.

OPINION OF THE COURT

The judgment of the Franklin Circuit Court in this case was affirmed by an equally divided vote of this court. See *Stone v. Graham*, Ky., 599 S.W.2d 157 (1980). After granting certiorari the United States Supreme Court reversed and remanded the proceeding for further consideration consistent with its opinion. *Stone v. Graham*, —— U.S. ——, 101 S.Ct. 192, 66 L.Ed.2d 199 (1981).

Accordingly, the judgment of the Franklin Circuit Court is reversed with directions that a new judgment be entered in con-

formity with the opinion of the Supreme Court of the United States in the premises.

All concur except STEPHENS, J., who was disqualified and did not participate.